## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL TAYOUN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **C&D TECHNOLOGIES, INC.** | : | **NO. 21-1630** |

## ORDER

**NOW**, this 11th day of August, 2021, upon consideration of the Joint Proposed Consent Order (Doc. No. 16), it is **ORDERED** that:

1. This action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b); and

2. The Court retains jurisdiction to enforce the terms of the Negotiated Settlement Agreement and General Release.

<u>/s/ TIMOTHY J. SAVAGE J.</u>